**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA**
Newport News Division



FILED
IN OPEN COURT

JUN - 8 2016

CLERK, U.S DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.  ACTION NO. 4:16cr17

SHLOMO GENISH,

      Defendant.

## ORDER ACCEPTING PLEA OF GUILTY

The defendant, by consent, has appeared before the Court pursuant to Federal Rule of Criminal Procedure 11, and referral from a United States District Judge, and has entered a plea of guilty to Counts One and Thirty-Four of the indictment. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary, and that the offenses charged are supported by an independent basis in fact establishing each of the essential elements of such offenses. The Court therefore accepts the plea of guilty.

The Clerk shall mail a copy of this order to all counsel of record.

DONE AND ENTERED at Norfolk, Virginia, this 8th day of June, 2016.

                                          /s/ Robert J. Krask
                                          Robert J. Krask
                              UNITED STATES MAGISTRATE JUDGE